■ MAXINE J. ALLEYNE, Respondent, v ERWIN E. GRANT, Appellant. [64 NYS3d 580]—Appeals from an order of the Supreme Court, Kings County (Karen Rothenberg, J.), dated May 27, 2015, and a judgment of that court (Miriam Sunshine, Ct. Atty. Ref.), dated July 7, 2015. The order denied the defendant's motion, inter alia, to direct a further accounting and remit the matter to the Referee for further proceedings. The judgment, upon, among other things, the order, inter alia, directed the defendant to execute a deed transferring his ownership interest in the subject premises to the plaintiff.

Ordered that the appeal from the order is dismissed; and it is further,

Ordered that the judgment is affirmed; and it is further,

Ordered that one bill of costs is awarded to the plaintiff.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated upon the entry of the judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]).

The contentions raised by the defendant on this appeal were considered by this Court on a prior appeal. Therefore, the doctrine of the law of the case precludes reconsideration of those contentions (*see Matter of Fulmer v Buxenbaum*, 109 AD3d 822, 823 [2013]; *Allison v Allison*, 60 AD3d 711 [2009]). Balkin, J.P., Sgroi, Cohen and Duffy, JJ., concur.